460 A.2d 866

Commonwealth v. Talley, Appellant.

Petition for Allowance Appeal
Denied Sept. 6, 1983.

Before McEWEN, JOHNSON and HOFFMAN, JJ.
Judgment of sentence is affirmed.